# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEOVARDO HERNANDEZ, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>USF REDDAWAY INC., an Oregon Corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | No. 5:21-cv-01012-JAK-SP<br><br>**ORDER RE JOINT STIPULATION AND ORDER REQUESTING VOLUNTARY DISMISSAL PURUSANT TO FED. R. CIV. P. 41(a)(A)(ii) (DKT. 11)**<br><br>**JS-6** |

   Based on a review of the Joint Stipulation and [Proposed] Order Requesting Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(A)(ii) (the "Stipulation" (Dkt. 11)), sufficient good cause has been shown for the requested relief. Therefore, the relief requested in the Stipulation is **GRANTED**. The case is hereby dismissed in its entirety without prejudice as to Plaintiff's individual claims and without prejudice as to the putative class and putative claims against Defendant.

/ /

/ /

1 **IT IS SO ORDERED.**

3  DATED: September 10, 2021

_____
John A. Kronstadt
United States District Judge

2